

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2016

No. 04-16-00548-CV

**IN THE INTEREST OF M.T.C. AND J.R.T.C.**,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA02147
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal from an order terminating appellant's parental rights. The reporter's record was due to be filed on September 8, 2016, but has not been filed. Court reporter David Zarate is ORDERED to file the reporter's record on or before **October 3, 2016. NO EXTENSIONS WILL BE GRANTED.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2016.

_____
Keith E. Hottle
Clerk of Court